# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

UNITED STATES OF AMERICA

Plaintiff,

v.

John Abell

Defendant.

JUDGMENT

Case Number: 2:11-cr-00354-GMN-GWF

(Related case: 2:17-cv-00369-GMN)

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

X **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that the Motion to Vacate (2255) is Denied as to John Abell. IT IS FURTHER ORDERED that a Certificate of Appealability is DENIED.

11/14/2019
Date

DEBRA K. KEMPI
Clerk

/s/ S. Denson
Deputy Clerk