UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

NOV 21 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

In re: JOHN ABELL.

_____

JOHN ABELL,

          Petitioner,

 v.

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA, LAS VEGAS,

          Respondent,

UNITED STATES OF AMERICA,

          Real Party in Interest.

No. 19-72767

D.C. No. 2:11-cr-00354-GMN-GWF-1
District of Nevada,
Las Vegas

ORDER

Before: BYBEE, IKUTA, and OWENS, Circuit Judges.

A review of the district court's docket indicates that the district court has denied petitioner's 28 U.S.C. § 2255 motion. Accordingly, the petition for a writ of mandamus is denied as moot.

**DENIED.**